CONSENT
OF
MEMBERS
OF
RABUN MANOR RESORT, LLC

The undersigned, being the Manager of Rabun Manor Resort, LLC, a limited liability company organized under the laws of the State of Georgia, by written consent pursuant to the provisions of Georgia Law, do hereby consent to, adopt, and approve the following actions as of the 29th day of May 2021:

The filing of a Chapter 11 Reorganization proceeding under Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Georgia.

This consent shall have the same force and effect as the vote of the members in favor of the above actions at a meeting duly convened.

Consented to as of the 29th day of May 2021.

_____
David Okun, Manager
Rabun Manor Resort, LLC